# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2477

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Eugar D. Burnett, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 25, 2003

Filed: December 9, 2003

_____

Before MORRIS SHEPPARD ARNOLD, McMILLIAN, and FAGG, Circuit Judges.

_____

PER CURIAM.

Eugar D. Burnett challenges the sentence imposed for a firearm conviction when Burnett was resentenced by the district court.[*] Although we affirmed Burnett's original sentence in United States v. Burnett, 60 Fed. Appx. 639 (8th Cir. 2003) (unpublished per curiam), the district court resentenced Burnett to delete a reference in the judgment and commitment to another federal case. Burnett's counsel has

_____

[*]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

We reject counsel's arguments, because they raise matters settled in Burnett's first criminal appeal. Burnett also raises a number of arguments in a pro se supplemental brief, but these arguments were or could have been raised in his earlier appeal, and his claim of ineffective assistance of counsel is not properly raised in this direct criminal appeal. <u>See</u> <u>United States v. Logan</u>, 333 F.3d 876, 877-78 (8th Cir.), <u>cert. denied</u>, 2003 WL 22207172 (U.S. Nov. 3, 2003) (No. 03-6456); <u>United States v. Hughes</u>, 330 F.3d 1068, 1069 (8th Cir. 2003).

Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. We affirm, and we grant counsel's motion to withdraw.

_____